**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ASIMIYU ADENIYI,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA,

Defendants.

**Case No.: 8:25-cv-00260-KKM-SPF**

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

**NOTICE IS HEREBY GIVEN** that Plaintiff Asimiyu Adeniyi and Defendant Experian Information Solutions, Inc. ("Experian") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Experian only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: August 21, 2026

*/s/ David Pinkhasov*
David Pinkhasov, FL # 1040933
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (718) 701-4605
F: (718) 715-1750
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Asimiyu Adeniyi*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Notice of such filing will be sent to all attorneys of record in this matter.

*/s/ David Pinkhasov*